■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER STENSON, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. FISHER, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOTIS MERCER, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD A. McFADDEN, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WOODS, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE PRESCOTT, Appellant. [945 NYS2d 588]—Motion for reconsideration denied. Present—Centra, J.P., Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AHMIR COLE, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN J. CLEMENT, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Lindley and Martoche, JJ.